**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Thomas C. Stafford                                         CHAPTER 13
　　　　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 23-13348 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-12 and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


/s/ Mark A. Cronin
Mark Cronin
08 Nov 2023, 13:40:36, EST

　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　(215) 627-1322

Document ID: e301c19cc342bf95c82fed2c05c571baa8b5cd22e77e760cc2587c6d1315cf5f