| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / B66 24450335 | 01/000100 | 53434 | 1 of 1 |

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

**Earnings Statement**

ADP

Period Starting: 09/03/2023
Period Ending: 09/16/2023
Pay Date: 09/22/2023

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal:    4                Federal:
  State:      0                State:
  Local:      0                Local:
Social Security Number:   XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 218090.88 |
| Holiday | | | 0.00 | 1153.92 |
| Gross Pay | | | $11,539.20 | $219,244.80 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2655.53 | 50455.07 |
| Social Security | 0.00 | 9932.40 |
| Medicare | -167.32 | 3179.05 |
| Medicare - HI | -103.85 | 173.20 |
| Pennsylvania State Income | -354.25 | 6730.75 |
| Pennsylvania State UI | -8.07 | 153.46 |
| Phila R Local Income | -432.72 | 8286.36 |
| Lower Merion Twp Local | -2.00 | 38.00 |

Net Pay       $7,815.46

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 160.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 160.00 |
| Total Hours Worked | 80.00 | 1512.00 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $11,539.20

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

63-751/631

Payroll Check Number: 53434
Pay Date: 09/22/2023

Pay to the order of:   Thomas C Stafford
This amount:   SEVEN THOUSAND EIGHT HUNDRED FIFTEEN AND 46/100

$7,815.46

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Wells Fargo Bank, N.A.

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / B66 24450335 | 01/000100 | 53465 | 1 of 1 |

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

**Earnings Statement**

ADP

Period Starting: 09/17/2023
Period Ending: 09/30/2023
Pay Date: 10/06/2023

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal: 4           Federal:
  State:   0           State:
  Local:   0           Local:
Social Security Number: XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 229630.08 |
| Holiday | | | 0.00 | 1153.92 |
| **Gross Pay** | | | **$11,539.20** | **$230,784.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2655.53 | 53110.60 |
| Social Security | 0.00 | 9932.40 |
| Medicare | -167.32 | 3346.37 |
| Medicare - HI | -103.86 | 277.06 |
| Pennsylvania State Income | -354.25 | 7085.00 |
| Pennsylvania State UI | -8.08 | 161.54 |
| Phila R Local Income | -432.72 | 8719.08 |
| Lower Merion Twp Local | -2.00 | 40.00 |
| **Net Pay** | **$7,815.44** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 160.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 160.00 |
| Total Hours Worked | 80.00 | 1592.00 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $11,539.20

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

63-751/631

Payroll Check Number: 53465
Pay Date: 10/06/2023

Pay to the order of: Thomas C Stafford
This amount: SEVEN THOUSAND EIGHT HUNDRED FIFTEEN AND 44/100

$7,815.44

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Wells Fargo Bank, N.A.

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / B66  24450335 | 01/000100 | 53495 | 1 of 1 |

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

## Earnings Statement

ADP

Period Starting: 10/01/2023
Period Ending: 10/14/2023
Pay Date: 10/20/2023

Taxable Marital Status: Single
Exemptions/Allowances:            Tax Override:
  Federal:   4                      Federal:
  State:     0                      State:
  Local:     0                      Local:
Social Security Number: XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 241169.28 |
| Holiday | | | 0.00 | 1153.92 |
| Gross Pay | | | $11,539.20 | $242,323.20 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2655.53 | 55766.13 |
| Social Security | 0.00 | 9932.40 |
| Medicare | -167.32 | 3513.69 |
| Medicare - HI | -103.85 | 380.91 |
| Pennsylvania State Income | -354.25 | 7439.25 |
| Pennsylvania State UI | -8.07 | 169.61 |
| Phila R Local Income | -432.72 | 9151.80 |
| Lower Merion Twp Local | -2.00 | 42.00 |

| Net Pay | $7,815.46 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 16.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 16.00 |
| Vacation | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 160.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 160.00 |
| Total Hours Worked | 80.00 | 1672.00 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $11,539.20

63-751/631

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

Payroll Check Number: 53495
Pay Date: 10/20/2023

Pay to the order of: Thomas C Stafford
This amount: SEVEN THOUSAND EIGHT HUNDRED FIFTEEN AND 46/100

$7,815.46

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Wells Fargo Bank, N.A.

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / B66 24450335 | 01/000100 | 53523 | 1 of 1 |

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

## Earnings Statement

ADP

Period Starting:  10/15/2023
Period Ending:   10/28/2023
Pay Date:        11/03/2023

Taxable Marital Status:  Single
Exemptions/Allowances:   Tax Override:
  Federal:  4            Federal:
  State:    0            State:
  Local:    0            Local:
Social Security Number:  XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 252708.48 |
| Holiday | | | 0.00 | 1153.92 |
| Gross Pay | | | $11,539.20 | $253,862.40 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2655.53 | 58421.66 |
| Social Security | 0.00 | 9932.40 |
| Medicare | -167.31 | 3681.00 |
| Medicare - HI | -103.85 | 484.76 |
| Pennsylvania State Income | -354.25 | 7793.50 |
| Pennsylvania State UI | -8.08 | 177.69 |
| Phila R Local Income | -432.72 | 9584.52 |
| Lower Merion Twp Local | -2.00 | 44.00 |

Net Pay    $7,815.46

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 160.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 160.00 |
| Total Hours Worked | 80.00 | 1752.00 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $11,539.20

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

63-751/631

Payroll Check Number:  53523
Pay Date:              11/03/2023

Pay to the order of   Thomas C Stafford
This amount:   SEVEN THOUSAND EIGHT HUNDRED FIFTEEN AND 46/100

$7,815.46

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Wells Fargo Bank, N.A.

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Company Code<br>KB / B66 24450335 | Loc/Dept<br>01/000100 | Number<br>53551 | Page<br>1 of 1 |
|---|---|---|---|

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

## Earnings Statement 

Period Starting: 10/29/2023
Period Ending: 11/11/2023
Pay Date: 11/17/2023

Taxable Marital Status: Single
Exemptions/Allowances:          Tax Override:
    Federal:    4                   Federal:
    State:      0                   State:
    Local:      0                   Local:
Social Security Number: XXX-XX-XXXX

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 144.2400 | 80.00 | 11539.20 | 264247.68 |
| Holiday | | | 0.00 | 1153.92 |
| Gross Pay | | | $11,539.20 | $265,401.60 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2655.53 | 61077.19 |
| Social Security | 0.00 | 9932.40 |
| Medicare | -167.32 | 3848.32 |
| Medicare - HI | -103.85 | 588.61 |
| Pennsylvania State Income | -354.25 | 8147.75 |
| Pennsylvania State UI | -8.08 | 185.77 |
| Phila R Local Income | -432.72 | 10017.24 |
| Lower Merion Twp Local | -2.00 | 46.00 |
| Net Pay | $7,815.45 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.00 |
| Vacation | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 160.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 160.00 |
| Total Hours Worked | 80.00 | 1832.00 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $11,539.20

Information Systems Staffing Inc
225 E City Ave Suite 205
Bala Cynwyd, PA 19004-1724

63-751/631
Payroll Check Number: 53551
Pay Date: 11/17/2023

Pay to the order of     Thomas C Stafford
This amount:   SEVEN THOUSAND EIGHT HUNDRED FIFTEEN AND 45/100

$7,815.45

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

THIS IS NOT A CHECK

Wells Fargo Bank, N.A.

Thomas C Stafford
6491 Woodbine Ave
Philadelphia, PA 19151