**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------x
In re:                                                  :
                                        :    Chapter 13
    THOMAS STAFFORD,                      :
                                        :    Case No. 23-13348 (PMM)
                                        :
               Debtor.                         :
---------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

PLEASE TAKE NOTICE THAT Megan N. Harper enters her appearance as counsel for the City of Philadelphia/School District of Philadelphia in the above-captioned case pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and requests that all notices, motions, pleadings and other matters filed herein be served upon the following:

> Megan N. Harper
> City of Philadelphia Law Department
> Municipal Services Building
> 1401 JFK Boulevard, 5th Floor
> Philadelphia, PA  19102-1595
> Email: Megan.Harper@phila.gov

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the jurisdiction of the Court, without waiving service of process or otherwise waiving any rights.

                                                     Respectfully submitted,

                                                     THE CITY OF PHILADELPHIA

Dated: April 30, 2024                     By:    */s/ Megan N. Harper*
                                                               MEGAN N. HARPER
                                                               Senior Attorney
                                                               PA Attorney ID 81669
                                                               City of Philadelphia Law Department
                                                               Municipal Services Building
                                                               1401 JFK Boulevard, 5th Floor
                                                               Philadelphia, PA  19102-1595
                                                               215-686-0503 (phone)
                                                               Email: Megan.Harper@phila.gov
                                                               *Counsel for the City of Philadelphia/School District of Philadelphia*