**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copies of the foregoing City of Philadelphia's Objection to the Proposed Chapter 13 Plan were served by the means designated below, on the date set forth below, upon the following parties:

<u>Via ECF Filing</u>
Debtor's Counsel:
Zachary Perlick, Esq.
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

Chapter 13 Trustee:
Kenneth E. West, Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

<u>Via regular mail</u>
Thomas C. Stafford
6491 Woodbine Avenue
Philadelphia, PA 19151

      THE CITY OF PHILADELPHIA

Dated: April 30, 2024   By: */s/ Megan N. Harper*
            MEGAN N. HARPER
            Senior Attorney
            PA Attorney I.D. 81669